UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

THEODORE RIGGS,

        Plaintiff,

    v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

Case No. 3:23-cv-00441-YY

JUDGMENT

    Based on the court's Opinion and Order, it is adjudged that the Commissioner's decision is AFFIRMED, and this case is DISMISSED.

    DATED April 29, 2024.

                              /s/ Youlee Yim You
                            Youlee Yim You
                            United States Magistrate Judge

JUDGMENT